## Shupp *v.* J. J. Newberry Co., Appellant.

Submitted December 12, 1969. *Phillip H. Williams,* for appellant; *Edwin Krawitz,* for appellee.
Order affirmed.